David Baker
419 19th Street
San Diego, CA 92101
(619) 235-0010

Representing CORONA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HON. TODD W. ROBINSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-1300 |
| Plaintiff, | |
| v. | **DEFENDANTS SENTENCING MEMO** |
| WILLIAMS CORONA-FELIX, | |
| Defendant | DATE: OCTOBER 14, 2022 |
| | TIME: 9:30 AM. |

## I. INTRODUCTION

Mr. William Corona (hereinafter, Corona) submits the following sentencing memorandum in support of his sentencing recommendation. Mr. Corona is asking for a sentence of 154 days custody. (Time served)

## II. BACKGROUND

In the early morning hours of May 14, 2022 Corona and his uncle were 111 miles west of Imperial Beach in a panga style boat. CBP boarded the boat and discovered 520 kilos of Marijuana on board. Corona was arrested and booked into MCC. Corona has been forthcoming with his involvement.

Fishing in Sinaloa, and many other areas of Latin America have been destroyed by overfishing from foreign interests. Off the coast of Mazatlán commercial boats have drug the bottom of the ocean to the point of turning this part of the ocean into a desert with no sea life. This has created a crisis for local fishing families.

Corona's two-year-old daughter suffers from Gastroschisis. A severe condition which has required two surgeries and constant medical attention. Corona was desperate for money to help his daughter.

Mr. Corona and his uncle (co-defendant) met a guy "Chevo" who offered them a substantial amount of money to take Marijuana into the US. Mr. Corona only met Chevo one time in person. He believes Chevo lives in Ensenada. Corona agreed to the crime to pay for the medical needs of his young daughter.

Corona and his uncle were given airline tickets to Tijuana where they were picked up by Chevo. They were later taken to a Panga and given instructions. Corona says he was very scared. He was given a compass. This was the only navigational assistance they had. Corona and his uncle felt they had no choice or say over what was going on at this point. They made the decision Corona would look out for obstacles in the water and refuel while his uncle piloted the boat. Corona was at sea for over seven hours. The condition of the boat was unsafe. Corona was immediately regretful of his decision.

Neither of these men had ever been involved in anything like this in the past. Both men once on the boat wanted a way out. Corona felt he was trapped and just wanted to get it over with and go back to his family.

Corona did not know anyone else involved in drug importation. Mr. Corona has never been involved on any level in any criminal activity. Corona assumed he would be picked up in the US and brought back to Mexico. Corona had no say over any part of this crime.

## III. THE ADVISORY GUIDELINES

"Sentencing is an art, not to be performed as a mechanical process, but as a sensitive response to a particular person who has a particular story and has committed a particular

crime." *United States v. Harris*, 679 F.3d 1179, 1183 (9th Cir. 2012). The Supreme Court requires individualized sentencing, affirming "the principle that 'the punishment should fit the offender and not merely the crime.'" *Pepper v. United States*, 562 U.S. 476 1240 (2011) (quoting *Williams v New York*, 337 U.S. 241 247 (1949)); *see also Miller v. Alabama*, 132 U.S. 2455 (2012) ("punishment for crime should be graduated and proportioned to both the offender and the offense").

///
///

**Mr. Corona believes that the offense level computation should be as follows:**

Base Offense Level: ............................................ 26
Acceptance of Responsibility............................. -3
Safety Valve......................................................... -2
Minor role............................................................ -2
Fast Track............................................................ -4

Total Offense Level: 15

Criminal History: I

Guideline range of months: 18-24 months custody

Probation is recommending one year and one day custody,

Defense is recommending time served.

## 1. History and characteristics of Mr. Corona

**Childhood and current home life:**

Corona was born in Mazatlán Mexico and raised by his grandparents. His grandfather was a fisherman. Corona started weaving fishing nets at 8 years old to help his family. A few years later he started fishing with his uncle. Corona has remained a fisherman, like his uncle, his grandfather, and his great grandfather.

As noted in the PSR Corona lives with his common law wife and their 2-year-old daughter. His daughter has severe health issues which require constant medical care. (See paragraph 40 PSR)

**Future Plans:**

Corona now 20 years old hopes to relocate to Tijuana with his wife and daughter. Although Corona understands he can never return to the US, his US citizen wife can work

in San Diego. Corona feels he can make more money in Tijuana and take better care of his daughter.

## Nature and Circumstances of the Offense

Here, the court should consider the impact prison on Mr. Corona as well as the effect on his family. Corona agreed to this crime as a young man. He was not sophisticated in thinking through the reality of what he was doing. Corona was desperate. Corona is very clear on the consequences of his actions. His family is suffering, and he has been locked away in jail for 154 days.

**1. The need to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence, to protect the public and provide for the defendant's needs in the most effective manner:**

Without question, Mr. Corona's offense is serious. He has acknowledged his wrongdoing and did not seek to justify his actions; only offer an explanation and do what he can to right the wrong he committed. Since his arrest Mr. Corona has accepted responsibility for his actions. Mr. Corona has shown true remorse. In addition, he has shown growth and maturity. He thinks daily about the decisions he made and the effect on his life going forward. Mr. Corona agonizes over these choices and what he can do differently in the future. Additionally, he is taking responsibility for his actions.

**The kinds of sentences available:**

After *United States v. Booker* 543 U.S. 220 (2005), the United States Sentencing Guidelines are advisory only, representing but one factor among many to be considered in imposing sentences under 18 U.S.C. § 3553(a). Without any mandatory minimum, the Court is free to impose any sentence that is reasonable and legal.

**2. The kinds of sentence and sentencing range established by the Guidelines:**

Whether the Guideline range is reasonable given Mr. Oliva's actual conduct, his particular characteristics and other factors in § 3553(a), is for this Court to decide.

Mr. Corona has changed and matured during this process. Mr. Corona is now clear headed and regrets what has happened. Mr. Corona is committed to reinventing himself and returning to his family.

**3. The need to avoid unwarranted sentence disparity among defendants with similar records who have been found guilty of similar conduct:**

For all the factors described above, and the sentencing guidelines discussion, Mr. Corona requests a sentence of time served. The Supreme Court has held that "it has been uniform and constant in the federal judicial tradition for the sentencing judge to consider

every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue." (*Koon v. United States*, 518 U.S. 81, 113 (1996). The personal circumstances and characteristics of Mr. Corona and the circumstances of his offense combine to make the recommended time served, a sentence sufficient, but not one day greater than necessary to accomplish the sentencing goals advanced in § 3553.

///

## IV. Conclusion

For these reasons, Mr. Corona respectfully requests that the Court sentence him to time served.

DATE: October 6, 2022                    Respectfully submitted,


                                         __s/Baker_____

                                         DAVID BAKER

                                         Attorney for Defendant

                                         Corona




                                         I HAVE ELECTRONICALLY NOTIFIED ALL PARTIES AS TO THE FILING OF THIS DOCUMENT


                                         __s/Baker__

                                         David Baker